[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14346
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 20, 2011
JOHN LEY
CLERK

D.C. Docket No. 6:09-cv-00840-GAP-GJK

PATRICIA ELWOOD,

Plaintiff-Appellant,

versus

AT&T, INC.

Defendant,

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
AT&T UMBRELLA BENEFIT PLAN NO. 1 - AT&T
DISABILITY INCOME PROGRAM,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 20, 2011)

Before EDMONDSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

Patricia Elwood filed this action seeking recovery of short-term disability benefits and long-term disability benefits under an employee welfare benefit plan governed by ERISA. *See* 29 U.S.C. § 1132(a)(1)(B).

The district court granted the Defendants' motion for summary judgment, having concluded, after review, that the claims administrator's decision to terminate short-term disability benefits was not "wrong," i.e., one the court disagreed with. Elwood appeals.

Elwood argues that the district court erred because: (1) the weight of the evidence was that the claims administrator's decision was not only wrong, but arbitrary and capricious; and (2) the claims administrator's decision was arbitrary and capricious because of its failure to have the claim reviewed by a neuropsychologist, contrary to ERISA regulations, and in disregard of its own peer reviewer.

Having carefully considered the matter, we find no error. Th e district court's order on summary judgment (R. 39) addresses the arguments now made on appeal, and rejects them. We find no error in either the district court's analysis of these arguments or its decision to reject them.

AFFIRMED.